**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated, | Case No: 1:25-cv-01058 |
| Plaintiff, | Judge: Joan H. Lefkow |
| v. | |
| WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, ROSALIND G. BREWER, GINGER GRAHAM, TIMOTHY C. WENTWORTH, JAMES KEHOE, and MANMOHAN MAHAJAN, | |
| Defendants. | |

**MOTION OF ORHAN KURT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that Orhan Kurt ("Movant"), by his counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order ([Proposed] attached hereto): (i) appointing Movant as Lead Plaintiff; and (ii) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Heffner Hurst as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, Movant submits herewith a memorandum of law and declaration, along with attached exhibits, in support of this motion.

1

Dated: March 31, 2025                    Respectfully submitted,

**HEFFNER HURST**

/s/*Matthew Hurst*
Matthew Hurst
30 North LaSalle Street, 12th Floor
Chicago, Illinois 60602
Tel: (312) 346-3466 x2
Email: mhurst@heffnerhurst.com

*[Proposed] Liaison Counsel for Plaintiff*
*And the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff*
*And the Class*

2

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Matthew Hurst, one of the attorneys for plaintiff, hereby certify that on March 31, 2025, service of the foregoing ***Notice of Motion of Orhan Kurt For Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/Matthew Hurst*
Matthew Hurst