**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated, | Case No: 1:25-cv-01058 |
| Plaintiff, | Judge: Joan H. Lefkow |
| v. | |
| WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, ROSALIND G. BREWER, GINGER GRAHAM, TIMOTHY C. WENTWORTH, JAMES KEHOE, and MANMOHAN MAHAJAN, | |
| Defendants. | |

**DECLARATION OF MATTHEW HURST IN SUPPORT OF MOTION TO APPOINT ORHAN KURT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Matthew Hurst, hereby declares;

1. I am a partner with Heffner Hurst, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Orhan Kurt ("Movant") to be appointed Lead Plaintiff for the Class and for approval of Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Heffner Hurst as Liaison Counsel for the Class.

2. Attached hereto as Exhibit 1 is a true and correct copy of a PSLRA early notice.

3. Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4. Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5. Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

1

2

6.      Attached hereto as Exhibit 5 is a copy of the firm resume of Heffner Hurst.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2025.


/s/*Matthew Hurst*
Matthew Hurst

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Matthew Hurst, one of the attorneys for plaintiff, hereby certify that on March 31, 2025, service of the foregoing ***Declaration of Matthew Hurst in Support of Motion of Orhan Kurt for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/Matthew Hurst*
Matthew Hurst