# EXHIBIT 3

**Walgreens Boots Alliance, Inc.**
**Class Period: April 2, 2020 through January 16, 2025**

**Lookback Price** $10.85

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Orhan Kurt | 5/23/2023 | 1 | ($31.65) | ($31.65) | 6/7/2023 | 1,000 | $31.93 | $31,930.00 | | | |
| | 5/24/2023 | 99 | ($30.90) | ($3,059.10) | 6/15/2023 | 2,600 | $32.00 | $83,200.00 | | | |
| | 5/25/2023 | 5,000 | ($29.80) | ($149,000.00) | 7/3/2023 | 1,000 | $28.94 | $28,940.00 | | | |
| | 5/25/2023 | 1,000 | ($29.90) | ($29,900.00) | 12/27/2024 | 157 | $9.65 | $1,515.05 | | | |
| | 6/27/2023 | 500 | ($28.23) | ($14,115.00) | 12/27/2024 | 8,943 | $9.65 | $86,299.95 | | | |
| | 6/27/2023 | 500 | ($28.23) | ($14,115.00) | | | | | | | |
| | 6/27/2023 | 500 | ($28.70) | ($14,350.00) | | | | | | | |
| | 6/27/2023 | 1,000 | ($28.34) | ($28,340.00) | | | | | | | |
| | 6/28/2023 | 6,000 | ($28.27) | ($169,620.00) | | | | | | | |
| | 8/17/2023 | 10,000 | ($27.51) | ($275,100.00) | | | | | | | |
| | 8/17/2023 | 100 | ($27.95) | ($2,795.00) | | | | | | | |
| | 8/17/2023 | 5,000 | ($27.58) | ($137,900.00) | | | | | | | |
| | 8/18/2023 | 1,000 | ($26.53) | ($26,530.00) | | | | | | | |
| | 9/1/2023 | 1,000 | ($24.82) | ($24,820.00) | | | | | | | |
| | 9/1/2023 | 1,000 | ($23.50) | ($23,500.00) | | | | | | | |
| | 5/29/2024 | 1,000 | ($14.80) | ($14,800.00) | | | | | | | |
| | | 33,700 | | ($927,975.75) | | 13,700 | | $231,885.00 | 20,000 | $217,040.82 | ($479,049.93) |