**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, ROSALIND G. BREWER, GINGER GRAHAM, TIMOTHY C. WENTWORTH, JAMES KEHOE, and MANMOHAN MAHAJAN,<br><br>Defendants. | Case No. 1:25cv01058<br><br>**CLASS ACTION**<br><br>Hon. Joan H. Lefkow |

**MOTION OF INTERNATIONAL TRADING CO.**
**AND STEVEN HALLOCK FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, lead plaintiff movants International Trading Co. and Steven Hallock, individually and as trustee for the Toshiko Hallock Irrevocable Trust U/A dated July 14, 2022 ("Movants"), hereby move this Court, the Honorable Joan H. Lefkow, United States District Judge of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, for an Order:

(a) appointing Movants as Lead Plaintiff; and

(b) approving Movants' selection of Bernstein Liebhard LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Carol Gilden, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated:  March 31, 2025

Respectfully submitted,

COHEN MILSTEIN SELLERS
  & TOLL, PLLC

By: */s/ Carol V. Gilden*
        Carol V. Gilden (Ill. Bar No. 6185530)

190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

*Local Counsel for Movants and Proposed Local
Counsel for the Proposed Class*

1

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Email:  lhasson@bernlieb.com
        seidman@bernlieb.com

*Counsel for Movants and Proposed Lead
Counsel for the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Dated: March 31, 2025

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

*/s/ Carol V. Gilden*
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
T 312.357.0370

3