**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, ROSALIND G. BREWER, GINGER GRAHAM, TIMOTHY C. WENTWORTH, JAMES KEHOE, and MANMOHAN MAHAJAN,<br><br>Defendants. | Case No. 1:25cv01058<br><br>**CLASS ACTION**<br><br>Hon. Joan H. Lefkow |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF THE MOTION OF INTERNATIONAL TRADING CO. AND STEVEN HALLOCK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, CAROL V. GILDEN, hereby declare under penalties of perjury that:

1.      I am a partner with Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I make this Declaration in Support of the Motion of International Trading Co. and Steven Hallock, individually and as trustee for the Toshiko Hallock Irrevocable Trust U/A dated July 14, 2022 (collectively, "Movants"), for Appointment as Lead Plaintiff and Approval of Selection of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:     The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:     Movants' sworn certifications pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    Movants' Joint Declaration;

Exhibit D:    Movants' Loss Chart;

Exhibit E:    Firm Résumé of Bernstein Liebhard LLP; and

Exhibit F:    Firm Résumé of Cohen Milstein.


Dated: March 31, 2025          */s/ Carol V. Gilden*
                                    CAROL V. GILDEN

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Dated: March 31, 2025

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

*/s/ Carol V. Gilden*
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
T 312.357.0370

2