# EXHIBIT D

**Walgreens Boots Alliance, Inc. (WBA)**

LIFO Losses
Class Period: 04/02/2020 - 01/16/2025

Hold Price: $10.8520

| MOVANT | DATE | PURCHASE TRANSACTIONS SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SALES TRANSACTIONS SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERNATIONAL TRADING CO. | 01/04/22 | 4,000 | 53.4500 | 213,800.00 | 03/12/25 | 4,000 | 11.2000 | 44,800.00 | 0 | 0.00 | (169,000.00) |
| **INTERNATIONAL TRADING CO. Totals** | | **4,000** | | **$213,800.00** | | **4,000** | | **$44,800.00** | **-** | **$0.00** | **($169,000.00)** |
| STEVEN HALLOCK | 08/15/22 | 4,872 | 41.0500 | 199,995.60 | | | | | 4,872 | 52,871.14 | (147,124.46) |
| | 08/15/22 | 210 | 41.0500 | 8,620.50 | | | | | 210 | 2,278.93 | (6,341.57) |
| | 08/15/22 | 178 | 41.0400 | 7,305.12 | | | | | 178 | 1,931.66 | (5,373.46) |
| | 08/15/22 | 179 | 41.0500 | 7,347.95 | | | | | 179 | 1,942.52 | (5,405.43) |
| | 09/09/22 | 64 | 36.2683 | 2,338.54 | | | | | 64 | 699.73 | (1,638.81) |
| | 09/09/22 | 2 | 36.2683 | 85.92 | | | | | 2 | 25.71 | (60.21) |
| | 12/12/22 | 58 | 40.5379 | 2,369.52 | | | | | 58 | 634.32 | (1,735.20) |
| | 12/12/22 | 3 | 40.5379 | 102.11 | | | | | 3 | 27.34 | (74.78) |
| | 12/12/22 | 2 | 40.5379 | 87.08 | | | | | 2 | 23.31 | (63.77) |
| | 03/10/23 | 72 | 33.3545 | 2,397.55 | | | | | 72 | 780.06 | (1,617.50) |
| | 03/10/23 | 3 | 33.3545 | 103.33 | | | | | 3 | 33.62 | (69.71) |
| | 03/10/23 | 3 | 33.3545 | 88.09 | | | | | 3 | 28.66 | (59.43) |
| | 06/12/23 | 77 | 31.5514 | 2,432.08 | | | | | 77 | 836.51 | (1,595.57) |
| | 06/12/23 | 3 | 31.5514 | 104.85 | | | | | 3 | 36.06 | (68.78) |
| | 06/12/23 | 3 | 31.5514 | 89.35 | | | | | 3 | 30.73 | (58.62) |
| | 12/13/23 | 107 | 23.0425 | 2,469.06 | | | | | 107 | 1,162.82 | (1,306.24) |
| | 12/13/23 | 5 | 23.0425 | 106.43 | | | | | 5 | 50.12 | (56.31) |
| | 12/13/23 | 4 | 23.0425 | 90.72 | | | | | 4 | 42.73 | (48.00) |
| | 03/12/24 | 64 | 21.2494 | 1,360.99 | | | | | 64 | 695.05 | (665.93) |
| | 03/12/24 | 3 | 21.2494 | 56.58 | | | | | 3 | 28.90 | (27.69) |
| | 06/12/24 | 86 | 16.0221 | 1,377.01 | | | | | 86 | 932.67 | (444.34) |
| | 06/12/24 | 4 | 16.0221 | 57.25 | | | | | 4 | 38.78 | (18.47) |
| | 09/12/24 | 158 | 8.8652 | 1,398.48 | | | | | 158 | 1,711.91 | 313.42 |
| | 09/12/24 | 7 | 8.8652 | 58.14 | | | | | 7 | 71.17 | 13.03 |
| | 12/12/24 | 6 | 9.7985 | 59.78 | | | | | 6 | 66.21 | 6.43 |
| | 12/12/24 | 147 | 9.7985 | 1,437.92 | | | | | 147 | 1,592.52 | 154.61 |
| **STEVEN HALLOCK Totals** | | **6,319** | | **$241,939.95** | | **-** | | **$0.00** | **6,319** | **$68,573.17** | **($173,366.78)** |
| STEVEN HALLOCK, AS TRUSTEE FOR THE TOSHIKO HALLOCK IRREVOCABLE TRUST U/A DTD 07/14/2022 | 08/16/22 | 4,550 | 41.7500 | 189,962.50 | 04/26/23 | 3,300 | 34.8001 | 114,840.33 | | | |
| | 12/13/23 | 26 | 23.0425 | 600.00 | 11/17/23 | 135 | 21.2900 | 2,874.15 | | | |
| | 03/12/24 | 13 | 21.2494 | 285.26 | | | | | | | |
| | 06/12/24 | 18 | 16.0221 | 288.62 | | | | | | | |
| | 09/12/24 | 33 | 8.8652 | 293.12 | | | | | | | |
| | 12/12/24 | 31 | 9.7985 | 301.39 | | | | | | | |
| **STEVEN HALLOCK, AS TRUSTEE FOR THE TOSHIKO HALLOCK IRREVOCABLE TRUST U/A DTD 07/14/2022 Totals** | | **4,671** | | **$191,730.88** | | **3,435** | | **$117,714.48** | **1,236** | **$13,416.37** | **($60,600.03)** |
| **TOTAL MOVANTS** | | **14,990** | | **$647,470.83** | | **7,435** | | **$162,514.48** | **7,555** | **$81,989.54** | **($402,966.81)** |

**Walgreens Boots Alliance, Inc. (WBA)**

LIFO Losses

Class Period: 04/02/2020 - 01/16/2025

Hold Price:      $10.8520

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |

(1) Common Stock held as of the date of this filing are valued using the average price of $10.8520 per share.

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale.