UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No.  1:25-cv-01058 |
| Plaintiff, | |
| v. | CLASS ACTION |
| WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, ROSALIND G. BREWER, GINGER GRAHAM, TIMOTHY C. WENTWORTH, JAMES KEHOE, and MANMOHAN MAHAJAN, | Hon. Joan H. Lefkow |
| Defendants. | |

**DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF VICTORIANO TOYOS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Victoriano Toyos ("Toyos"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Toyos's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Chart reflecting the financial interest of Toyos in this litigation;

Exhibit B:      Press release published over *ACCESS Newswire* on January 30, 2025, announcing the pendency of the Action;

Exhibit C:      Shareholder Certification executed by Toyos;

Exhibit D:      Declaration executed by Toyos; and

Exhibit E:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 31, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1