# EXHIBIT A

**Walgreens Boots Alliance, Inc. (WBA)**
**Class Period: April 2, 2020 to January 16, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 71-Days* Mean Price $10.8520 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| Victoriano Toyos, Acct 1 | | 70,000 | | ($3,264,977) | | (23,000) | | $1,133,594 | 47,000 | $510,046 | ($1,621,337) |
| Victoriano Toyos, Acct 2 | | 36,000 | | ($971,370) | | 0 | | $0 | 36,000 | $390,673 | ($580,697) |
| Victoriano Toyos, Acct 3 | | 27,500 | | ($1,346,700) | | (8,500) | | $443,275 | 19,000 | $206,189 | ($697,236) |
| Victoriano Toyos, Acct 4 | | 18,000 | | ($880,875) | | 0 | | $0 | 18,000 | $195,337 | ($685,538) |
| **Victoriano Toyos** | | **151,500** | | **($6,463,922)** | | **(31,500)** | | **$1,576,869** | **120,000** | **$1,302,245** | **($3,584,808)** |
| | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | |
| Victoriano Toyos | 4/15/2021 | 400 | $53.7299 | ($21,492) | 5/3/2021 | (2,500) | $54.5000 | $136,250 | | | |
| Victoriano Toyos | 4/15/2021 | 1,600 | $53.7250 | ($85,960) | 5/3/2021 | (2,000) | $54.3000 | $108,600 | | | |
| Victoriano Toyos | 4/20/2021 | 2,500 | $52.8000 | ($132,000) | 5/10/2021 | (3,200) | $55.4000 | $177,280 | | | |
| Victoriano Toyos | 4/22/2021 | 3,500 | $52.5500 | ($183,925) | 5/10/2021 | (1,894) | $55.4000 | $104,928 | | | |
| Victoriano Toyos | 4/27/2021 | 978 | $52.5000 | ($51,345) | 5/10/2021 | (1,406) | $55.4000 | $77,892 | | | |
| Victoriano Toyos | 4/27/2021 | 66 | $52.5000 | ($3,465) | 6/2/2021 | (3,800) | $53.4000 | $202,920 | | | |
| Victoriano Toyos | 4/27/2021 | 66 | $52.5000 | ($3,465) | 6/2/2021 | (209) | $53.4000 | $11,161 | | | |
| Victoriano Toyos | 4/27/2021 | 5 | $52.5000 | ($263) | 6/2/2021 | (191) | $53.4000 | $10,199 | | | |
| Victoriano Toyos | 4/27/2021 | 1,604 | $52.5000 | ($84,210) | 6/2/2021 | (157) | $53.4000 | $8,384 | | | |
| Victoriano Toyos | 4/27/2021 | 281 | $52.5000 | ($14,753) | 6/2/2021 | (143) | $53.4000 | $7,636 | | | |
| Victoriano Toyos | 5/26/2021 | 46 | $51.9500 | ($2,390) | 6/2/2021 | (200) | $53.4000 | $10,680 | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | 6/2/2021 | (200) | $53.4000 | $10,680 | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | 6/2/2021 | (100) | $53.4000 | $5,340 | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | 8/17/2022 | (5,000) | $40.8601 | $204,301 | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | 8/14/2023 | (150) | $29.0650 | $4,360 | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | 8/15/2023 | (1,850) | $28.6400 | $52,984 | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 66 | $51.9500 | ($3,429) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 32 | $51.9500 | ($1,662) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 36 | $51.9500 | ($1,870) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 171 | $51.9500 | ($8,883) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 100 | $51.9500 | ($5,195) | | | | | | | |

*Avg Closing Prices from January 17, 2025 to March 28, 2025

**Walgreens Boots Alliance, Inc. (WBA)**
**Class Period: April 2, 2020 to January 16, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

**71-Days***
**Mean Price**
**$10.8520**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Victoriano Toyos | 5/26/2021 | 20 | $51.9500 | ($1,039) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 305 | $51.9500 | ($15,845) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 837 | $51.9500 | ($43,482) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 987 | $51.9500 | ($51,275) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 194 | $51.9500 | ($10,078) | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 1,306 | $51.9500 | ($67,847) | | | | | | | |
| Victoriano Toyos | 6/16/2021 | 1,030 | $53.6500 | ($55,260) | | | | | | | |
| Victoriano Toyos | 6/16/2021 | 100 | $53.6500 | ($5,365) | | | | | | | |
| Victoriano Toyos | 6/16/2021 | 1,500 | $53.6500 | ($80,475) | | | | | | | |
| Victoriano Toyos | 6/16/2021 | 300 | $53.6500 | ($16,095) | | | | | | | |
| Victoriano Toyos | 6/16/2021 | 70 | $53.6500 | ($3,756) | | | | | | | |
| Victoriano Toyos | 6/16/2021 | 74 | $53.8000 | ($3,981) | | | | | | | |
| Victoriano Toyos | 6/16/2021 | 2,926 | $53.8000 | ($157,419) | | | | | | | |
| Victoriano Toyos | 6/17/2021 | 425 | $52.6500 | ($22,376) | | | | | | | |
| Victoriano Toyos | 6/17/2021 | 2,575 | $52.6500 | ($135,574) | | | | | | | |
| Victoriano Toyos | 6/17/2021 | 1,162 | $52.7500 | ($61,296) | | | | | | | |
| Victoriano Toyos | 6/17/2021 | 980 | $52.7500 | ($51,695) | | | | | | | |
| Victoriano Toyos | 6/17/2021 | 858 | $52.7500 | ($45,260) | | | | | | | |
| Victoriano Toyos | 6/18/2021 | 3,000 | $50.9500 | ($152,850) | | | | | | | |
| Victoriano Toyos | 7/1/2021 | 399 | $49.3000 | ($19,671) | | | | | | | |
| Victoriano Toyos | 7/1/2021 | 2,284 | $49.3000 | ($112,601) | | | | | | | |
| Victoriano Toyos | 7/1/2021 | 229 | $49.3000 | ($11,290) | | | | | | | |
| Victoriano Toyos | 7/1/2021 | 88 | $49.3000 | ($4,338) | | | | | | | |
| Victoriano Toyos | 7/1/2021 | 3,000 | $49.6000 | ($148,800) | | | | | | | |
| Victoriano Toyos | 7/2/2021 | 3,000 | $47.6000 | ($142,800) | | | | | | | |
| Victoriano Toyos | 7/2/2021 | 1,809 | $47.7500 | ($86,380) | | | | | | | |
| Victoriano Toyos | 7/2/2021 | 434 | $47.7500 | ($20,724) | | | | | | | |
| Victoriano Toyos | 7/2/2021 | 582 | $47.7500 | ($27,791) | | | | | | | |
| Victoriano Toyos | 7/2/2021 | 175 | $47.7500 | ($8,356) | | | | | | | |
| Victoriano Toyos | 7/2/2021 | 383 | $47.8000 | ($18,307) | | | | | | | |
| Victoriano Toyos | 7/2/2021 | 2,332 | $47.8000 | ($111,470) | | | | | | | |
| Victoriano Toyos | 7/2/2021 | 285 | $47.8000 | ($13,623) | | | | | | | |
| Victoriano Toyos | 1/26/2022 | 3,500 | $49.5500 | ($173,425) | | | | | | | |
| Victoriano Toyos | 1/26/2022 | 130 | $49.5500 | ($6,442) | | | | | | | |

*Avg Closing Prices from January 17, 2025 to March 28, 2025

**Walgreens Boots Alliance, Inc. (WBA)**
**Class Period: April 2, 2020 to January 16, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

71-Days*
Mean Price
$10.8520

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Victoriano Toyos | 1/26/2022 | 500 | $49.5500 | ($24,775) | | | | | | | |
| Victoriano Toyos | 1/26/2022 | 100 | $49.5500 | ($4,955) | | | | | | | |
| Victoriano Toyos | 1/26/2022 | 500 | $49.5500 | ($24,775) | | | | | | | |
| Victoriano Toyos | 1/26/2022 | 100 | $49.5500 | ($4,955) | | | | | | | |
| Victoriano Toyos | 1/26/2022 | 170 | $49.5500 | ($8,424) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 2,500 | $48.4000 | ($121,000) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 1,964 | $48.5000 | ($95,254) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 244 | $48.5000 | ($11,834) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 150 | $48.5000 | ($7,275) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 100 | $48.5000 | ($4,850) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 42 | $48.5000 | ($2,037) | | | | | | | |
| Victoriano Toyos | 8/17/2022 | 2,500 | $40.8500 | ($102,125) | | | | | | | |
| Victoriano Toyos | 8/17/2022 | 1,353 | $40.8500 | ($55,270) | | | | | | | |
| Victoriano Toyos | 8/17/2022 | 1,147 | $40.8500 | ($46,855) | | | | | | | |
| Victoriano Toyos | 6/27/2023 | 2,000 | $28.3000 | ($56,600) | | | | | | | |
| Victoriano Toyos | 6/27/2023 | 2,000 | $28.3500 | ($56,700) | | | | | | | |
| Victoriano Toyos | 11/28/2023 | 5,000 | $19.8500 | ($99,250) | | | | | | | |
| **Victoriano Toyos** | | **70,000** | | **($3,264,977)** | | **(23,000)** | | **$1,133,594** | **47,000** | **$510,046** | **($1,621,337)** |
| | | | | | | | | | | | |
| <u>Account 2</u> | | | | | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 200 | $45.5300 | ($9,106) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 1,500 | $45.5300 | ($68,295) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 300 | $45.5300 | ($13,659) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 76 | $45.5500 | ($3,462) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 112 | $45.5500 | ($5,102) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 112 | $45.5500 | ($5,102) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 100 | $45.5500 | ($4,555) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 159 | $45.5500 | ($7,242) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 1,241 | $45.5500 | ($56,528) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 200 | $45.5500 | ($9,110) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 766 | $45.5800 | ($34,914) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 800 | $45.5800 | ($36,464) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 334 | $45.5800 | ($15,224) | | | | | | | |
| Victoriano Toyos | 2/23/2022 | 100 | $45.5800 | ($4,558) | | | | | | | |

*Avg Closing Prices from January 17, 2025 to March 28, 2025

**Walgreens Boots Alliance, Inc. (WBA)**
**Class Period: April 2, 2020 to January 16, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

**71-Days***
**Mean Price**
**$10.8520**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Victoriano Toyos | 8/18/2022 | 1,663 | $37.9500 | ($63,111) | | | | | | | |
| Victoriano Toyos | 8/18/2022 | 337 | $37.9500 | ($12,789) | | | | | | | |
| Victoriano Toyos | 3/13/2023 | 4,800 | $33.2500 | ($159,600) | | | | | | | |
| Victoriano Toyos | 3/13/2023 | 817 | $33.2500 | ($27,165) | | | | | | | |
| Victoriano Toyos | 3/13/2023 | 300 | $33.2500 | ($9,975) | | | | | | | |
| Victoriano Toyos | 3/13/2023 | 187 | $33.2500 | ($6,218) | | | | | | | |
| Victoriano Toyos | 3/13/2023 | 1,362 | $33.2500 | ($45,287) | | | | | | | |
| Victoriano Toyos | 3/13/2023 | 299 | $33.2500 | ($9,942) | | | | | | | |
| Victoriano Toyos | 3/13/2023 | 124 | $33.2500 | ($4,123) | | | | | | | |
| Victoriano Toyos | 3/13/2023 | 111 | $33.2500 | ($3,691) | | | | | | | |
| Victoriano Toyos | 4/24/2024 | 5,000 | $17.7500 | ($88,750) | | | | | | | |
| Victoriano Toyos | 4/24/2024 | 5,000 | $17.8000 | ($89,000) | | | | | | | |
| Victoriano Toyos | 4/24/2024 | 5,000 | $17.8300 | ($89,150) | | | | | | | |
| Victoriano Toyos | 4/24/2024 | 5,000 | $17.8500 | ($89,250) | | | | | | | |
| **Victoriano Toyos** | | **36,000** | | **($971,370)** | | **0** | | **$0** | **36,000** | **$390,673** | **($580,697)** |
| | | | | | | | | | | | |
| Account 3 | | | | | | | | | | | |
| Victoriano Toyos | 5/26/2021 | 2,350 | $51.9000 | ($121,965) | 5/27/2021 | (3,500) | $53.1000 | $185,850 | | | |
| Victoriano Toyos | 5/26/2021 | 2,650 | $51.9000 | ($137,535) | 5/27/2021 | (1,500) | $53.1000 | $79,650 | | | |
| Victoriano Toyos | 7/1/2021 | 1,500 | $49.1000 | ($73,650) | 9/8/2021 | (1,300) | $51.2500 | $66,625 | | | |
| Victoriano Toyos | 9/14/2021 | 2,000 | $48.2000 | ($96,400) | 9/8/2021 | (1) | $51.2500 | $51 | | | |
| Victoriano Toyos | 1/31/2022 | 1,421 | $49.1500 | ($69,842) | 9/8/2021 | (99) | $51.2500 | $5,074 | | | |
| Victoriano Toyos | 1/31/2022 | 839 | $49.1500 | ($41,237) | 9/8/2021 | (100) | $51.2500 | $5,125 | | | |
| Victoriano Toyos | 1/31/2022 | 635 | $49.1500 | ($31,210) | 12/14/2021 | (1,678) | $50.4500 | $84,655 | | | |
| Victoriano Toyos | 1/31/2022 | 37 | $49.1500 | ($1,819) | 12/14/2021 | (322) | $50.4500 | $16,245 | | | |
| Victoriano Toyos | 1/31/2022 | 19 | $49.1500 | ($934) | | | | | | | |
| Victoriano Toyos | 1/31/2022 | 49 | $49.1500 | ($2,408) | | | | | | | |
| Victoriano Toyos | 1/31/2022 | 2,988 | $49.3500 | ($147,458) | | | | | | | |
| Victoriano Toyos | 1/31/2022 | 12 | $49.3500 | ($592) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 996 | $48.5000 | ($48,306) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 16 | $48.5000 | ($776) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 75 | $48.5000 | ($3,638) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 1,913 | $48.5000 | ($92,781) | | | | | | | |
| Victoriano Toyos | 2/4/2022 | 1,143 | $48.6500 | ($55,607) | | | | | | | |

*Avg Closing Prices from January 17, 2025 to March 28, 2025

**Walgreens Boots Alliance, Inc. (WBA)**
**Class Period: April 2, 2020 to January 16, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

71-Days*
Mean Price
$10.8520

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Victoriano Toyos | 2/4/2022 | 1,857 | $48.6500 | ($90,343) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 100 | $47.0500 | ($4,705) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 197 | $47.0500 | ($9,269) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 100 | $47.0500 | ($4,705) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 100 | $47.0500 | ($4,705) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 1,000 | $47.0500 | ($47,050) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 100 | $47.0500 | ($4,705) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 32 | $47.0500 | ($1,506) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 371 | $47.0500 | ($17,456) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 279 | $47.1000 | ($13,141) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 558 | $47.1000 | ($26,282) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 11 | $47.1000 | ($518) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 18 | $47.1000 | ($848) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 162 | $47.1000 | ($7,630) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 845 | $47.1000 | ($39,800) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 127 | $47.1000 | ($5,982) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 1,360 | $47.3000 | ($64,328) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 100 | $47.3000 | ($4,730) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 800 | $47.3000 | ($37,840) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 700 | $47.3000 | ($33,110) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 40 | $47.3000 | ($1,892) | | | | | | | |
| **Victoriano Toyos** | | **27,500** | | **($1,346,700)** | | **(8,500)** | | **$443,275** | **19,000** | **$206,189** | **($697,236)** |
| | | | | | | | | | | | |
| <u>Account 4</u> | | | | | | | | | | | |
| Victoriano Toyos | 6/17/2021 | 3,000 | $52.4500 | ($157,350) | | | | | | | |
| Victoriano Toyos | 6/17/2021 | 3,000 | $52.5000 | ($157,500) | | | | | | | |
| Victoriano Toyos | 6/18/2021 | 3,000 | $52.2000 | ($156,600) | | | | | | | |
| Victoriano Toyos | 6/30/2021 | 274 | $51.9500 | ($14,234) | | | | | | | |
| Victoriano Toyos | 6/30/2021 | 2,709 | $51.9500 | ($140,733) | | | | | | | |
| Victoriano Toyos | 6/30/2021 | 17 | $51.9500 | ($883) | | | | | | | |
| Victoriano Toyos | 1/25/2022 | 100 | $50.6000 | ($5,060) | | | | | | | |
| Victoriano Toyos | 1/25/2022 | 2,100 | $50.6000 | ($106,260) | | | | | | | |
| Victoriano Toyos | 1/25/2022 | 300 | $50.6000 | ($15,180) | | | | | | | |
| Victoriano Toyos | 2/14/2022 | 1,500 | $47.0500 | ($70,575) | | | | | | | |

*Avg Closing Prices from January 17, 2025 to March 28, 2025

**Walgreens Boots Alliance, Inc. (WBA)**
**Class Period: April 2, 2020 to January 16, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 71-Days* Mean Price $10.8520 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Victoriano Toyos | 6/27/2023 | 2,000 | $28.2500 | ($56,500) | | | | | | | |
| **Victoriano Toyos** | | **18,000** | | **($880,875)** | | **0** | | **$0** | **18,000** | **$195,337** | **($685,538)** |

*Avg Closing Prices from January 17, 2025 to March 28, 2025