# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Steve Klein

                                                    Plaintiff,

v.                                                                                                   Case No.: 1:25−cv−01058
                                                                                                          Honorable Joan H. Lefkow

Walgreens Boots Alliance, Inc., et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2025:

       MINUTE entry before the Honorable Joan H. Lefkow: Motion by Movant Victoriano Toyos for Appointment as Lead Plaintiff and Approval of Lead Counsel (dkt. [20]) is granted. Accordingly, Toyos is appointed as Lead Plaintiff for the class, and his selection as Pomerantz as Lead Counsel for the class is approved. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.