UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:25-cv-01058 |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER** |
| WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, ROSALIND G. BREWER, GINGER GRAHAM, TIMOTHY C. WENTWORTH, JAMES KEHOE, and MANMOHAN MAHAJAN, | Honorable Joan H. Lefkow |
| Defendants. | |

STIPULATED ORDER

**WHEREAS**, on March 20, 2025, the Court appointed Mr. Victoriano Toyos as Lead Plaintiff and approved Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel (ECF No. 36);

**WHEREAS**, on May 30, 2025, the Court granted the Parties' Joint Agreed Motion to Set Schedule for Filing Amended Complaint and Responsive Pleadings (ECF No. 39);

**WHEREAS**, on July 21, 2025, Lead Plaintiff filed an amended complaint (the "Amended Complaint") (ECF No. 40);

**WHEREAS**, on September 15, 2025, Defendants notified Lead Counsel that Defendants had spoken with a former employee of Walgreens described in paragraphs 205 through 207 of the Amended Complaint;

**WHEREAS**, on September 17, 2025, Lead Counsel and Defendants' counsel met and conferred regarding this former employee, and Defendants' counsel provided Lead Counsel with a signed declaration from the former employee;

**WHEREAS**, in light of the information contained in the declaration, Lead Plaintiffs have agreed to strike from the Amended Complaint the paragraphs related to this former employee;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel

for the Parties, that:

1.      Paragraphs 205 through 207 are stricken from the Amended Complaint, but all other paragraph numbers in the Amended Complaint will remain the same; and

2.      This stipulation and order will not impact the current briefing schedule on any motion to dismiss that Defendants may file.


Dated: September 19, 2025

Hon. Joan H. Lefkow
United States District Court Judge


DATED:  September 18, 2025                **POMERANTZ LLP**

By: */s/ Austin P. Van*
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
avan@pomlaw.com

POMERANTZ LLP
Joshua B. Silverman
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
jbsilverman@pomlaw.com

*Counsel for Lead Plaintiff Victoriano Toyos and*
*Lead Counsel for the Class*

JOINT STIPULATION AND ORDER

DATED:
September
18, 2025

PAUL HASTINGS LLP

By:*/s/ Renato Mariotti*

    Renato Mariotti (ARDC No. 623198)

    71 South Wacker Drive, 45th Floor

    Chicago, Illinois 60606

    Tel: (312) 499-6000

    Fax: (312) 499-6100

    Email:

    renatomariotti@paulhastings.com

    Jennifer Conn (*pro hac vice*)

    200 Park Avenue

    New York, New York 10166

    Tel: (212) 318-6000

    Fax: (212) 319-4090

    Email:

    jenniferconn@paulhastings.com

    Kenneth Herzinger (*pro hac vice*)

    101 California Street, 48th Floor

    San Francisco, CA 94111

    Tel: (415) 856-7000

    Fax: (415) 856-7100

    Email:

    kennethherzinger@paulhastings.com

*Counsel for Defendants*

JOINT STIPULATION AND ORDER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 18, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

<u>*/s/ Austin P. Van*</u>
Austin P. Van