# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Steve Klein, Individually and on Behalf of All
Others Similarly Situated, and Victoriano Toros,

Plaintiffs,

v.

Walgreens Boots Alliance, Inc., Steffano Pessina,
Rosalind G. Brewer, Ginger Graham, Timothy C.
Wentworth, James Kehoe, and Manmohan
Mahajan,

Defendants

Case No.  25 C 1058

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff
and against defendant

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
Plaintiff shall recover costs from defendants.

☐     in favor of defendant
and against plaintiffs

Defendant shall recover costs from plaintiffs.

☒     other: Case is dismissed with prejudice.  Defendant's motion to dismiss is granted.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 5/12/2026.

Date:  5/12/2026

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk