UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, ROSALIND G. BREWER, GINGER GRAHAM, TIMOTHY C. WENTWORTH, JAMES KEHOE, and MANMOHAN MAHAJAN,<br><br>Defendants. | Civil Action No. 1:25-cv-01058<br><br>**CLASS ACTION** |

## PLAINTIFFS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Lead Plaintiff Victoriano Toyos ("Plaintiff" or "Lead Plaintiff"), and additional plaintiff Steve Klein ("Additional Plaintiff" and, together with Lead Plaintiff, "Plaintiffs") in the above-captioned matter hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's Opinion and Order (ECF No. 53) entered in this action on May 12, 2026 and the Judgment (ECF No. 54) entered in this action also on May 12, 2026 granting Defendants' Motion to Dismiss the Amended Complaint (ECF No. 45).

Dated: June 10, 2026

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Austin P. Van*
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
E-mail: jalieberman@pomlaw.com

avan@pomlaw.com

*Counsel for Lead Plaintiff Victoriano Toyos and Lead Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
E-mail: pkim@rosenlegal.com

*Additional Counsel*